In the Matter of Foreclosure of Liens
for Delinquent Land Taxes by Action
in Rem MANAGER OF REVENUE
OF JACKSON COUNTY, Missouri,
Respondent,

v.

Farshid HOORFAR, Respondent,

and

Krishna Rajanna, Appellant.

No. WD 74139.

Missouri Court of Appeals,
Western District.

June 29, 2012.

Krishna Rajanna, Overland Park, KS,
Appellant pro se.

Robert T. Willingham, Kansas City, MO,
for Respondent, Manager of Division of
Revenue.

Cameron L. Hoorfar, Lee's Summit,
MO, for respondent, for Respondent Hoorfar.

Before: JOSEPH M. ELLIS, P.J.,
JAMES E. WELSH, and ALOK AHUJA,
JJ.

## ORDER

PER CURIAM:

Krishna Rajanna applied to recover the surplus funds generated by Jackson County's tax sale of a piece of real property, claiming he was entitled to the proceeds because he was the assignee of a deed of trust secured by the property. The circuit court rejected Rajanna's application, and instead awarded the excess funds to the property's record title holder. Rajanna appeals. We affirm. Because a published

opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties.  Rule 84.16(b).